# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MEHMET EMIN TATAS,

                Plaintiff,

      -against-

ALI BABA'S TERRACE, INC., ADMIRAL
INSURANCE COMPANY, ALI RIZA
DOGAN, SENOL BAKIR and TOLGAHAN
SUBAKAN

                Defendants.

-------------------------------------------------------------x

Civ No.: 19-cv-10595

**NOTICE OF MOTION TO
PARTIALLY DISMISS
PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Partially Dismiss Plaintiff's Complaint, and, upon all the pleadings and proceedings herein, Defendants Ali Baba's Terrace, Inc. and Ali Riza Dogan will move this Court at such date and time as the Court may direct, before Hon. Edgardo Ramos, U.S.D.J., at the United States Courthouse, United States Federal Courthouse, 40 Foley Square, New York, New York 10007, for an order:

(1)     granting partial dismissal of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (failure to state a claim upon which relief can be granted); and

(2)     for such other and further relief as this Court may deem just and proper.

Dated: Melville, New York
       November 22, 2019

The motion to dismiss is DENIED without prejudice due to a failure to follow this Court's Individual Rule of Practice 2(A)(ii). If defendants wish to refile their motion, they are advised to refer to the Court's Individual Rules of Practice and the Local Rules of this District, with which they must comply.

Edgardo Ramos, U.S.D.J
Dated: Nov. 25, 2019
New York, New York

Respectfully submitted,

JACKSON LEWIS P.C.
*Attorneys for Defendants*
58 S. Service Road, Suite 250
Melville, New York 11747
(631) 247-0404
Diane.krebs@jacksonlewis.com

By: _____
    Diane Krebs, Esq.