UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHMET EMIN TATAS,

      Plaintiff,

– against –

ALI BABA'S TERRACE, INC.,
ADMIRAL INSURANCE, ALI RIZA
DOGAN, SENOL BAKIR *and*
TOLGAHAN SUBAKAN,

      Defendants.

**ORDER**

19 Civ. 10595 (ER)
19 Civ. 10612 (ER)

RAMOS, D.J.:

  For the reasons stated on the record at the pre-motion conference held on December 12, 2019 and pursuant to Federal Rule of Civil Procedure 42(a)(2), the Clerk of Court is respectfully directed to consolidate cases 19 Civ. 10595 and 19 Civ. 10612. All future filings shall be filed under the number and caption of 19 Civ. 10595. The Clerk is further directed to terminate 19 Civ. 10612.

It is SO ORDERED.

Dated: December 17, 2019
    New York, New York

                EDGARDO RAMOS, U.S.D.J.