UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHMET EMIN TATAS,<br><br>         Plaintiff,<br><br>  -against-<br><br>ALI BABA'S TERRACE, INC., *et al.*,<br><br>         Defendants. | 19-cv-10595 (ER)<br><br>Order for Limited Appearance of Pro Bono Counsel |

EDGARDO RAMOS, United States District Judge:

  IT IS ORDERED that the Clerk of Court shall locate pro bono counsel to represent the plaintiff at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

Dated: June 1, 2020
     New York, New York

                             EDGARDO RAMOS
                            United States District Judge