# JacksonLewis

**MEMO ENDORSED**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is:  631-247-4670
My Email Address is:  Diane.Krebs@jacksonlewis.com

February 17, 2023

**VIA ECF**
The Honorable Edgardo Ramos
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

> The extension, until March 6, 2023, to submit the joint pre-trial statement is granted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 21, 2023
> New York, New York

Re:  *Mehmet Emin Tatas v. Ali Baba's Terrace, Ali Riza Dogan, Senol Bakir and Tolgahan Subakan*
Case No.: 1:19-cv-10595-ER

Dear Judge Ramos:

As counsel for Defendants, we are writing jointly with *pro se* Plaintiff, pursuant to Rule 1(E) of Your Honor's Individual Rules, to respectfully request a two-week extension of time for the parties to file their Joint Pre-Trial Statement ("Statement"), from Monday, February 20, 2023, to March 6, 2023.  This is Defendants' first request for an extension.  *Pro se* Plaintiff's first request for extension was granted on January 24, 2023.

*Pro se* Plaintiff informed Defendants that he is working with the *Pro Se* Office to draft his portions of the Statement, and that the *Pro Se* Office is still working on his draft.  An extension of time will allow for the parties to sufficiently prepare their joint Statement.

We appreciate the Court's consideration of this matter.  Should the Court desire any additional information, please let us know.

Respectfully submitted,

JACKSON LEWIS P.C.

*Diane Krebs*

Diane Krebs

4893-4024-4049, v. 1