UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEHMET EMIN TATAS,

                Plaintiff,

-against-

ALI BABA'S TERRACE, INC., ALI RIZA DOGAN, SENOL BAKIR, *and* TOLGAHAN SUBAKAN,

                Defendants.

19-cv-10595 (ER)

**VERDICT SHEET**

---

## QUESTION 1:

Has Tatas proven by a preponderance of the evidence that he was subjected to discrimination under the Federal Civil Rights Law (42 U.S.C. § 1981) by any of the below defendants?

| Defendant | YES | NO |
|---|---|---|
| Ali Baba's Terrace, Inc. | | ✓ |
| Ali Riza Dogan | | ✓ |
| Senol Bakir | | ✓ |
| Tolgahan Subakan | | ✓ |

## QUESTION 2:

Has Tatas proven by a preponderance of the evidence that he was subjected to discrimination under the New York State Human Rights Law by any of the below defendants?

| Defendant | YES | NO |
|---|---|---|
| Ali Baba's Terrace, Inc. | | ✓ |
| Ali Riza Dogan | | ✓ |
| Senol Bakir | | ✓ |
| Tolgahan Subakan | | ✓ |

## QUESTION 3:

Has Tatas proven by a preponderance of the evidence that he was subjected to discrimination under the New York City Human Rights Law by any of the below defendants?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | YES _____ | NO __✓__ |
| Ali Riza Dogan | YES _____ | NO __✓__ |
| Senol Bakir . | YES _____ | NO __✓__ |
| Tolgahan Subakan | YES _____ | NO __✓__ |

## QUESTION 4:

Has Tatas proven by a preponderance of the evidence that he was subjected to a hostile work environment under the Federal Civil Rights Law (42 U.S.C. § 1981) or New York State Human Rights Law by any of the below defendants?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | YES _____ | NO __✓__ |
| Ali Riza Dogan | YES _____ | NO __✓__ |
| Senol Bakir . | YES _____ | NO __✓__ |
| Tolgahan Subakan | YES _____ | NO __✓__ |

## QUESTION 5:

Has Tatas proven by a preponderance of the evidence that he was subjected to a hostile work environment under the New York City Human Rights Law by any of the below defendants?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | YES _____ | NO __✓__ |
| Ali Riza Dogan | YES _____ | NO __✓__ |
| Senol Bakir . | YES _____ | NO __✓__ |
| Tolgahan Subakan | YES _____ | NO __✓__ |

## QUESTION 6:

Has Tatas proven by a preponderance of the evidence that he was subjected to retaliation under the New York State Human Rights Law by any of the below defendants?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | YES _____ | NO ✓ |
| Ali Riza Dogan | YES _____ | NO ✓ |
| Senol Bakir | YES _____ | NO ✓ |
| Tolgahan Subakan | YES _____ | NO ✓ |

## QUESTION 7:

Has Tatas proven by a preponderance of the evidence that he was subjected to retaliation under the New York City Human Rights Law by any of the below defendants?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | YES _____ | NO ✓ |
| Ali Riza Dogan | YES _____ | NO ✓ |
| Senol Bakir | YES _____ | NO ✓ |
| Tolgahan Subakan | YES _____ | NO ✓ |

## QUESTION 8:

Has Tatas proven by a preponderance of the evidence that he was assaulted by Dogan?

YES ✓     NO _____

## QUESTION 9:

Has Tatas proven by a preponderance of the evidence that he was battered by Dogan?

YES ✓     NO _____

3

## QUESTION 10:

**PART ONE**
Has Dogan proven by a preponderance of the evidence that Tatas breached an oral contract between them?

YES _____      NO ✓

**PART TWO**—*answer Part Three only if you answered yes to Part One*
What is the amount of unreturned funds that Tatas owes Dogan?

$ _____

## QUESTION 11:

**PART ONE**—*answer Part One only if you answered "YES" to Question 1, 2, 3, 4, 5, 6, 7, 8, OR 9*
What is the amount, if any, of compensatory damages for emotional distress that Tatas has proven by a preponderance of the evidence was proximately caused by the defendants?

$ 2,500.00

**PART TWO**—*answer Part Two only if you answered with a dollar amount for Part One*
What is the percentage of fault you determine each defendant to have caused in that emotional distress (adding up to 100% in total)?

| | | |
|---|---|---|
| Ali Baba's Terrace, Inc. | % | 0 |
| Ali Riza Dogan | % | 100 |
| Senol Bakir | % | 0 |
| Tolgahan Subakan | % | 0 |

## QUESTION 12:

**PART ONE**—*answer Part One only if you answered "YES" to Question 1, 2, 3, 4, 5, 6, 7, 8, OR 9*

Has Tatas proven by a preponderance of the evidence that at least one of the defendants acted with outrageously reprehensible conduct or with malice?

YES ✓          NO _____

**PART TWO**—*answer Part Two only if you answered "YES" to Part One*

What is the amount, if any, of punitive damages that Tatas has proven by a preponderance of the evidence was proximately caused by the defendants?

$ 1

**PART THREE**—*answer Part Three only if you answered with a dollar amount for Part Two*

What is the percentage you determine each defendant to have acted with outrageously reprehensible conduct or with malice (adding up to 100% in total)?

Ali Baba's Terrace, Inc.    % 0

Ali Riza Dogan              % 100

Senol Bakir                 % 0

Tolgahan Subakan            % 0

## QUESTION 13:

*Answer Question 11 <u>only</u> if you answered "YES" to Question 1, 2, 3, 6, 7, 8 <u>OR</u> 9*
What is the amount, if any, of back pay that Tatas has proven he is entitled to by a preponderance of the evidence?

$ __0.00__

**Your deliberations are complete, and you have reached a verdict. The foreperson should sign below.**

_____
Signature of Foreperson

Dated: __4/09/2024__