UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEHMET EMIN TATAS,

                Plaintiff,                19 **CIVIL** 10595 (ER)

      -against-                  **JUDGMENT**

ALI BABA'S TERRACE INC., ALI RIZA
DOGAN, SENOL BAKIR, and TOLGAHAN
SUBAKAN,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, Plaintiff Mehmet Emin Tatas has judgment for compensatory damages for emotional distress in the sum of $2,500.00 as against Defendant Ali Riza Dogan; and Plaintiff Mehmet Emin Tatas has judgment for punitive damages in the sum of $1.00 as against Defendant Ali Riza Dogan.

**DATED:**  New York, New York
          April 16, 2024

                                                        **RUBY J. KRAJICK**

**So Ordered:**                                           **Clerk of Court**

                                           **BY:**   *K. Mango*

**Edgardo Ramos, U.S.D.J.**                        **Deputy Clerk**