UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHMET EMIN TATAS,<br><br>                 *Plaintiff*,<br><br>                  v.<br><br>ALI BABA'S TERRACE, INC., ALI RIZA DOGAN, SENOL BAKIR, and TOLGAHAN SUBAKAN,<br><br>                *Defendants*. | Case No. 1:19-cv-10595-ER<br><br>NOTICE OF MOTION TO WITHDRAW |

**PLEASE TAKE NOTICE** that, as soon as they may be heard, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby moves before the Honorable Edgardo Ramos, of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order granting its Motion to Withdraw as Counsel of Record for Plaintiff Mehmet Emin Tatas; and

**PLEASE TAKE FURTHER NOTICE** that as stipulated between the parties, briefing for Defendants' motion for attorneys' fees and costs will be adjourned as follows with any requirement to pay judgment held in abeyance until issuance of a decision on the motion: The due date for Defendants' motion, previously May 6, 2024, is extended until July 8, 2024; the date for Plaintiff's opposition, previously May 27, 2024, is extended until July 29, 2024; and the date for Defendants' reply, previously June 3, 2024, is extended until August 5, 2024; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

Dated: May 3, 2024
New York, New York

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ *Jacqueline Stykes*
Jacqueline Stykes
Mark Fuchs
Katherine Lemire
51 Madison Avenue, 22nd Floor
New York, New York 10010
jacquelinestykes@quinnemanuel.com
markfuchs@quinnemanuel.com
katherinelemire@quinnemanuel.com
Telephone: (212) 849-7000