MEHMET EMIN TATAS,                                                    19 Civ. 10595 (ER)

Plaintiff,

– against –

ALI BABA'S TERRACE, INC.,

ALI RIZA DOGAN, SENOL BAKIR,

and TOLGAHAN SUBAKAN,

    Defendants

> **MEMO ENDORSED**
>
> Defendants are directed to respond to Plaintiff's motion for reconsideration by October 23, 2024. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: October 16, 2024
> New York, New York

NOTICE OF PLAINTIFF` MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF HIS REQUEST FOR HIS FRCP 37(c)(1)(A).

PLEASE TAKE NOTICE :; that, upon the accompanying Memorandum of Law in Support of Plaintiff`s Motion for Reconsideration of the Court's Denial of His Request Pursuant to FRCP 37(c)(1)(A), Plaintiff will move this Court at such date and time as the Court may direct, before the Honorable Edgardo Ramos, U.S.D.J., at the United States Federal Courthouse, 40 Foley Square, New York, NY 10007, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, and for such other and further relief as this Court may deem just and proper.

Dated: October 13, 2024

                                                            Respectfully Submitted,
                                                            _(s) Mehmet E Tatas_
                                                         Pro-Se-  Mehmet Emin Tatas
                                                        43 Vine Street Lynbrook, NY 11563

Cellular: 530-400-3340

juliomehmet@windowslive.com